# COMPLAINT
# EXHIBITS A - G